IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THREE DURANS, LLC, | Civil Action No.: 2:20-cv-01881 |
| Plaintiff, | *Honorable Robert C. Colville* |
| vs. | |
| COUNTY OF ALLEGHENY, a political subdivision of the Commonwealth of Pennsylvania, the ALLEGHENY COUNTY HEALTH DEPARTMENT, THE PENNSYLVANIA LIQUOR BOARD and the BOROUGH OF CARNEGIE POLICE DEPARTMENT, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**DEFENDANT BOROUGH OF CARNEGIE POLICE DEPARTMENT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Local Rule 7.E., the Defendant Borough of Carnegie Police Department submits the following Motion for Extension of Time for Defendant Borough of Carnegie Police Department to file a responsive pleading to Plaintiff's Amended Complaint:

1. On March 12, 2021, Plaintiff filed an Amended Complaint. A responsive pleading is due on April 12, 2021.

2. The undersigned counsel for Defendant Borough of Carnegie Police Department has had recent due dates for other pleadings and court filings, as well as other legal commitments, which have interfered with his preparation of a responsive pleading to the Amended Complaint. As a result, he believes that a brief extension in the time to file a responsive pleading to the Amended Complaint is necessary in order to effectively represent his client.

3. Counsel for all the parties have agreed to the undersigned's request for an extension of the deadline for Defendant Borough of Carnegie Police Department to file a responsive pleading to Plaintiff's Amended Complaint until April 19, 2021.

WHEREFORE, it is respectfully requested that Defendant Borough of Carnegie Police Department be given a one week extension to file a responsive pleading to the Amended Complaint.

Date: April 8, 2021

                        Respectfully submitted,

                        MARGOLIS EDELSTEIN

                        */s/ Charles H. Saul*
                        Charles H. Saul, Esquire
                        PA I.D. No. 19938
                        csaul@margolisedelstein.com

                        */s/ Kyle T. McGee*
                        Kyle T. McGee, Esquire
                        kmcgee@margolisedelstein.com
                        PA I.D. No. 205661
                        Henry W. Oliver Building, Suite 1100
                        535 Smithfield Street
                        Pittsburgh, PA 15222
                        Phone: 412-355-4961 / 412-355-4971
                        *(Counsel for Defendant Borough of Carnegie Police Department)*